UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSIE WILLIAMS, | § | |
| ID # 1579579, | § | |
|     Petitioner, | § | |
| vs. | § | No. 3:12-CV-4465-B (BH) |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
|     Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Application to Proceed In Forma Pauperis* is **DENIED**. The petitioner shall pay the $5.00 filing fee within **TWENTY (20)** days of the date of this order. If he does not, the case will be subject to dismissal without further notice.

SIGNED this 8th day of January, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE