UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSIE WILLIAMS, | § | |
| ID # 1579579, | § | |
| Petitioner, | § | |
| vs. | § | No. 3:12-CV-4465-B |
| | § | |
| RICK THALER, Director, | § | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for the failure of petitioner to prosecute or comply with court orders.

SIGNED this 5th day of March, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE